UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

LINDA NICHOLSON, MARIA MIRANDA,              :
SILVIA SANCHEZ, and JORGE PALAPA,            :
                                             :
                    Plaintiffs,              :
                                             :
            - against -                      :
                                             :
                                             :
TWELFTH STREET CORP., d/b/a VILLAGE DEN      :
RESTAURANT and KONSTANTINOS ("GUS")         :
DANALIS,                                     :
                                             :
                    Defendants.              :
------------------------------------------------------------------x

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 5/11/10         │
└─────────────────────────────┘
```

09 Civ. 1984 (HB)

OPINION &
ORDER

**Hon. Harold Baer, Jr., U.S.D.J.:**

WHEREAS on May 4, 2010, this Court issued an Opinion & Order granting in part and denying in part Plaintiffs' motion for summary judgment; and

WHEREAS the Court's Opinion & Order contained a typographical error and therefore misstated the year in which Plaintiff Miranda began to work at the Village Den restaurant; it is hereby

ORDERED that the sentence that currently appears on page 2, lines 10-11 and reads, "Plaintiff Maria Miranda ("Miranda") worked as a waitress at the Village Den from November 2008 to February 2009," shall be amended to read "Plaintiff Maria Miranda ("Miranda") worked as a waitress at the Village Den from November 2007 to February 2009."

**SO ORDERED**
**May 10, 2010**
**New York, New York**

_____
                                    U.S.D.J.